IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SHANNON DONOHO,

        Defendant.

ORDER

19-cr-149-wmc

---

Pursuant to the request of the Federal Public Defender's Office, they are directed to appoint an attorney to represent Mr. Donoho in his appeal.

Entered this 17th day of August, 2021.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge